FILED: April 6, 2022

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 20-2044
(2:17-cv-03059-DCN)
_____

KENNETH WILSON, as Parent and Natural Guardian of J.W., a minor child

Plaintiff - Appellant

v.

UNITEDHEALTHCARE INSURANCE COMPANY

Defendant - Appellee

_____

O R D E R
_____

Upon consideration of submissions relative to the motion for attorney's fees, the Court remands the matter to the district court to be decided in the first instance. The Court takes no position on whether attorney's fees and costs, if any, should be awarded to either party.

Entered at the direction of the panel: Judge Agee, Judge Thacker, and Judge Quattlebaum.

For the Court

/s/ Patricia S. Connor, Clerk